**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                                                         CASE NO.: 21-13406 EPK
                                                                                                       Chapter 11(V)

LAWNWOOD PROFESSIONAL CENTER
CONDOMINIUM ASSOCIATION, INC.

Debtor.
_____/

## NOTICE OF COMPLIANCE UNDER 11 U.S.C. § 1116(1)

The Debtor, LAWNWOOD PROFESSIONAL CENTER CONDOMINIUM ASSOCIATION, INC., by and through its undersigned attorney, pursuant to 11 U.S.C. § 1116(1), hereby gives notice that the Debtor's most recent statement of operations (profit and loss) is attached hereto as Exhibit "A".

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was furnished via U. S. Mail to the parties on the attached listing this 12th day of April 2021.

                                          KELLEY, FULTON & KAPLAN, P.L.
                                          Attorney for Debtor
                                          1665 Palm Beach Lakes Blvd
                                          The Forum - Suite 1000
                                          West Palm Beach, FL 33401
                                          Tel. No. (561) 491-1200
                                          Fax No. (561) 684-3773

                                          By:/s/  Craig I. Kelley, Esq._____
                                          Craig I. Kelley, Esq.
                                          Florida Bar No.  782203
                                          Dana Kaplan, Esq.
                                          Florida Bar No. 44315

**Mailing Information for Case 21-13406-EPK**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Craig I Kelley**    craig@kelleylawoffice.com, tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbie@kelleylawoffice.com;dana@kelleylawoffice.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). (No manual recipients)

**Lawnwood Professional Center Condominium Association, Inc.**
2100 Nebraska Avenue
Fort Pierce, FL 34950

# Lawnwood Professional Center

Statement of Revenues and Expenses 1/1/2021 - 3/31/2021

|  | Current Period | | | Year To Date | | | Annual Budget |
|---|---|---|---|---|---|---|---|
|  | Actual | Budget | Variance | Actual | Budget | Variance |  |
| **Income** | | | | | | | |
| **Income** | | | | | | | |
| 04010 - Condominium Fees | 48,065.25 | 48,065.25 | - | 48,065.25 | 48,065.25 | - | 192,261.00 |
| 04012 - Special Assessment Income | 27,180.54 | - | 27,180.54 | 27,180.54 | - | 27,180.54 | - |
| 04015 - Owner Late Fees Income | (418.23) | - | (418.23) | (418.23) | - | (418.23) | - |
| 04025 - Owner Interest Income | 315.18 | - | 315.18 | 315.18 | - | 315.18 | - |
| **Total Income** | **75,142.74** | **48,065.25** | **27,077.49** | **75,142.74** | **48,065.25** | **27,077.49** | **192,261.00** |
| **Total Income** | **75,142.74** | **48,065.25** | **27,077.49** | **75,142.74** | **48,065.25** | **27,077.49** | **192,261.00** |
| **Expense** | | | | | | | |
| **General & Administrative** | | | | | | | |
| 05010 - Management Fees | 3,167.25 | 3,167.25 | - | 3,167.25 | 3,167.25 | - | 12,669.00 |
| 05020 - Legal & Accounting | 56,861.56 | 624.99 | (56,236.57) | 56,861.56 | 624.99 | (56,236.57) | 2,500.00 |
| 05025 - Admin Expenses | 149.31 | 125.01 | (24.30) | 149.31 | 125.01 | (24.30) | 500.00 |
| 05030 - Taxes & Licenses | 61.25 | 15.51 | (45.74) | 61.25 | 15.51 | (45.74) | 62.00 |
| 05035 - Line of Credit | 674.23 | 75.00 | (599.23) | 674.23 | 75.00 | (599.23) | 300.00 |
| 05070 - Insurance Expense | 8,567.85 | 3,350.01 | (5,217.84) | 8,567.85 | 3,350.01 | (5,217.84) | 13,400.00 |
| **Total General & Administrative** | **69,481.45** | **7,357.77** | **(62,123.68)** | **69,481.45** | **7,357.77** | **(62,123.68)** | **29,431.00** |
| **Building Operations** | | | | | | | |
| 05320 - Maint/Repair - A/C | 1,108.11 | 3,375.00 | 2,266.89 | 1,108.11 | 3,375.00 | 2,266.89 | 13,500.00 |
| 05321 - Maint/Repair - Cleaning Svc | 3,157.00 | 2,675.01 | (481.99) | 3,157.00 | 2,675.01 | (481.99) | 10,700.00 |
| 05322 - Maint/Repair - Electrical | 350.00 | 500.01 | 150.01 | 350.00 | 500.01 | 150.01 | 2,000.00 |
| 05323 - Maint/Repair - Elevator | 2,092.12 | 2,100.00 | 7.88 | 2,092.12 | 2,100.00 | 7.88 | 8,400.00 |
| 05324 - Maint/Repair - Fire Sprinkler | 1,647.56 | 1,250.01 | (397.55) | 1,647.56 | 1,250.01 | (397.55) | 5,000.00 |
| 05325 - Maint/Repair - General (R&M) | - | 2,250.00 | 2,250.00 | - | 2,250.00 | 2,250.00 | 9,000.00 |
| 05326 - Maint/Repair - Irrigation Cont | - | 750.00 | 750.00 | - | 750.00 | 750.00 | 3,000.00 |
| 05328 - Maint/Repair - Lawn Maintenanc | 1,125.00 | 1,125.00 | - | 1,125.00 | 1,125.00 | - | 4,500.00 |
| 05329 - Maint/Repair - Fertilization | - | 125.01 | 125.01 | - | 125.01 | 125.01 | 500.00 |
| 05330 - Maint/Repair - Man of Premises | 1,050.00 | 1,562.49 | 512.49 | 1,050.00 | 1,562.49 | 512.49 | 6,250.00 |
| 05331 - Maint/Repair - Interior Pest | - | 99.99 | 99.99 | - | 99.99 | 99.99 | 400.00 |
| 05332 - Maint/Repair - Plumbing | - | 500.01 | 500.01 | - | 500.01 | 500.01 | 2,000.00 |
| 05333 - Maint/Repair - Supplies | 576.69 | 624.99 | 48.30 | 576.69 | 624.99 | 48.30 | 2,500.00 |
| 05334 - Maint/Repair - Water Treat | 1,153.04 | 645.00 | (508.04) | 1,153.04 | 645.00 | (508.04) | 2,580.00 |
| 05335 - Plant Replacement | - | 249.99 | 249.99 | - | 249.99 | 249.99 | 1,000.00 |
| 05336 - Tree Trimming | 450.00 | 500.01 | 50.01 | 450.00 | 500.01 | 50.01 | 2,000.00 |
| 05337 - Window Cleaning | - | 500.01 | 500.01 | - | 500.01 | 500.01 | 2,000.00 |
| **Total Building Operations** | **12,709.52** | **18,832.53** | **6,123.01** | **12,709.52** | **18,832.53** | **6,123.01** | **75,330.00** |
| **Utilities** | | | | | | | |

# Lawnwood Professional Center

Statement of Revenues and Expenses 1/1/2021 - 3/31/2021

|  | Current Period | | | Year To Date | | | Annual Budget |
|---|---|---|---|---|---|---|---|
|  | Actual | Budget | Variance | Actual | Budget | Variance | |
| **Expense** | | | | | | | |
| 05360 - Utilities - Electric | 6,999.58 | 8,750.01 | 1,750.43 | 6,999.58 | 8,750.01 | 1,750.43 | 35,000.00 |
| 05361 - Utilities - Garbage | 2,396.01 | 2,499.99 | 103.98 | 2,396.01 | 2,499.99 | 103.98 | 10,000.00 |
| 05362 - Utilities - Telephone | 1,005.78 | 624.99 | (380.79) | 1,005.78 | 624.99 | (380.79) | 2,500.00 |
| 05363 - Utilities - Water & Sewer | 5,345.04 | 6,249.99 | 904.95 | 5,345.04 | 6,249.99 | 904.95 | 25,000.00 |
| **Total Utilities** | **15,746.41** | **18,124.98** | **2,378.57** | **15,746.41** | **18,124.98** | **2,378.57** | **72,500.00** |
| **Reserves** | | | | | | | |
| 05910 - Reserves | 3,750.00 | 3,750.00 | - | 3,750.00 | 3,750.00 | - | 15,000.00 |
| **Total Reserves** | **3,750.00** | **3,750.00** | **-** | **3,750.00** | **3,750.00** | **-** | **15,000.00** |
| **Total Expense** | 101,687.38 | 48,065.28 | (53,622.10) | 101,687.38 | 48,065.28 | (53,622.10) | 192,261.00 |
| | | | | | | | |
| **Operating Net Total** | (26,544.64) | (.03) | (26,544.61) | (26,544.64) | (.03) | (26,544.61) | - |
| **Net Total** | (26,544.64) | (.03) | (26,544.61) | (26,544.64) | (.03) | (26,544.61) | - |