UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:   CASE NO.: 21-13406 EPK

CHAPTER 11

LAWNWOOD PROFESSIONAL CENTER
CONDOMINIUM ASSOCIATION, INC.

    Debtor.

_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, LAWNWOOD PROFESSIONAL CENTER CONDOMINIUM ASSOCIATION, INC., files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): **April 9, 2021**

2. Names, case numbers and dates of filing of related debtors: **None**

3. Description of debtor's business: **The Debtor is an association of office condominium owners. The office condominium is located at 2100 Nebraska Avenue, Fort Pierce, Florida 34950**

4. Locations of debtor's operations and whether the business premises are leased or owned: **The Debtor does not own or lease a physical office space. The Debtor is managed by a third management company that collections the association payments on behalf of the Debtor and pays the associated expenses.**

5. Reasons for filing chapter 11: **The Debtor is being sued by a third party for negligence due to a slip and fall on the premises.**

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:
   **Arain Shakoor, President
   Jill Aspden, Secretary
   Ziad Marjieh, Vice President**

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:
    **2020 gross income was $221,583.47**

8. Amounts owed to various creditors:

    a. Obligations owed to priority creditors including priority tax obligations: **All priority claims are current.**

    b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims: **The Debtor does not have any secured creditors.**

    c. Amount of unsecured claims: **The largest claim against the Debtor is relative to the negligence claim. That claim is unknown at this time as the lawsuit is pending and the claim has not been liquidated. The remaining claims include a business revolving line of credit. Trade vendors are current.**

9. General description and approximate value of the debtor's assets: **The Debtor's assets consist of its bank accounts, accounts receivable, prepaid insurance and prepaid taxes. As of the date of filing, the Debtor's assets total $124,816.63**

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:
    **Professional Liability: United States Liability Insurance Company CAP1561428B;
    General Liability: Scottsdale Insurance Company CPS7275853;
    Excess/Umbrella: Starstone National Insurance Company 72184K202ALI;
    Property Insurance: Frontline Insurance 0440133421;
    Crime: Westchester Fire Insurance Company G717649160002.**

11. Number of employees and amounts of wages owed as of petition date: **The Debtor does not have any employees. It is managed by a management company.**

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): **Current**

13. Anticipated emergency relief to be requested within 14 days from the petition date:
    **Application to Employ Kelley, Fulton & Kaplan, P.L.
    Application to Employ Accountant
    Motion to Maintain Existing Bank Accounts**

        /s/ Arain Shakoor, President
        Signature

        Lawnwood Professional Center Condominium Association, Inc.
        (Name of Debtor)

        /s/ Craig I. Kelley
        Signature

        Craig I. Kelley, Esq.
        1665 Palm Beach Lakes Blvd
        The Forum – Suite 1000
        West Palm Beach, FL 33401
        Name and Address of Debtor's Attorney

        782203
        Florida Bar No.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was furnished via U. S. Mail to the parties indicated below on this 12th day of April 2021.

        KELLEY, FULTON & KAPLAN, P.L.
        Attorneys for Debtor
        1665 Palm Beach Lakes Blvd.
        The Forum - Suite 1000
        West Palm Beach, Florida 33401
        Telephone No. (561) 491-1200
        Facsimile No.   (561) 684-3773

        By:/s/ Craig I. Kelley
            Craig I. Kelley
            Florida Bar No.: 782203

**Mailing Information for Case 21-13406-EPK**
**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Craig I Kelley**    craig@kelleylawoffice.com, tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbie@kelleylawoffice.com;dana@kelleylawoffice.com

- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). (No manual recipients)

**Lawnwood Professional Center Condominium Association, Inc.**
2100 Nebraska Avenue
Fort Pierce, FL 34950